TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-08-00554-CV






David Acosta, Appellant


v.



Wyanza Renee Acosta, Appellee





FROM THE COUNTY COURT AT LAW NO. 2 OF WILLIAMSON COUNTY


NO. 06-2408-FC2, HONORABLE JOHN McMASTER, JUDGE PRESIDING 







O R D E R



 Appellant David Acosta has filed a motion to abate the instant appeal pending
settlement. In his motion, appellant states that his brief is due on March 2, 2009, but that the parties
have reached a settlement agreement and need additional time to sign and implement the agreement. 
Therefore, appellant requests this court to abate the appeal until March 24, 2009. 

 We construe appellant's motion as a motion to delay the briefing schedule. The
motion is hereby granted, and appellant's brief is due March 24, 2009. Subsequent briefing
deadlines shall be determined by the rules of appellate procedure.


 __________________________________________

 Jan P. Patterson, Justice


Before Justices Patterson, Pemberton and Waldrop

Filed: March 11, 2009